UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-32-2-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER ALLOWING |
| v. | ) | ADDITIONAL FUNDS |
| | ) | FOR EXPERT INTERPRETER |
| ISRAEL VILLA-MEDEROS | ) | SERVICES |

This cause having come on to be heard upon the Defendant's Motion for Funds for Expert Interpreter Services, and for good cause shown:

IT IS ORDERED that the Defendant shall be allowed additional funds for the services of an expert interpreter in the amount of _2,400.8_____.

ENTER this the _30_ day of _June_____, 2010.

_____
Honorable Terrence W. Boyle
United States District Court Judge